**Order filed August 7, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00494-CV

_____

**SANDRA  MAGALLANES, Appellant**

**V.**

**HILDA  WADSWORTH, Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-65970**

## ORDER

No reporter's record has been filed in this case. Court reporter Delicia Struss informed this court that appellant has not requested or arranged to pay for the reporter's record. On July 11, 2018, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. _See_ Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant to file a brief in this appeal by **September 6, 2018**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM